UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Richard E. Snyder                *

Plaintiff                        *       Case Number L:00:CV.585

v.                               *

De Rand Resources, et al         *

Defendants

### ORDER

The court hereby grants to Richard Snyder, Plaintiff in the above captioned matter an extentsion of (30) days in which to file a response to defendants' motion for summary judgment/ motion to dismiss. Due 6/16/2000

_5/18/00_                          _B. L____
Date                               Judge, United States District Court