UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **RICHARD E. SNYDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Civil Case No. L00CV585 |
| ) | |
| **DERAND RESOURCES CORPORATION,** ) | |
| **ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER ENLARGING THE DERAND DEFENDANTS' TIME TO SERVE A REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

COMES now before this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 105.9, the Motion of defendants DeRand Resources Corporation, DeRand Energy Corporation, DeRand Corporation of America, Randall N. Smith and Denison E. Smith (collectively, the "DeRand Defendants") to enlarge their time to serve a reply memorandum in further support of their motion for summary judgment, or in the alternative to dismiss, and an opposition to Plaintiff's motion to amend the Complaint in the above-captioned matter. Given the fact that there will be no prejudice to plaintiff, and for good cause shown, the DeRand Defendants' time to serve a reply memorandum in further support of their motion for summary judgment, or in the alternative to dismiss, and an opposition to Plaintiff's motion to amend the Complaint in the above-captioned matter is extended from July 5, 2000 and July 7, 2000, respectively, to and including July 21, 2000.

It is hereby ORDERED.

_6/27/00_  
Date

_B Legg_  
United States District Court Judge

Copies to:

Michael K. Lowman  
ARENT FOX KINTNER PLOTKIN  
  & KAHN, PLLC  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036

Richard E. Snyder  
3887 Green Meadow Lane  
Davidsonville, MD 21035

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2000, copies of the Defendants' Motion to Enlarge Time and proposed Order were served by first class mail, postage pre-paid, to the following:

>Richard E. Snyder
>3887 Green Meadow Lane
>Davidsonville, MD 21035

_____
Michael K. Lowman