IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD SNYDER  :

v.  :  CIVIL NO. L-00-585

DERAND RESOURCES CORP. et al.  :

ORDER

For the reasons stated in the Memorandum of even date, the Court hereby:

(i) GRANTS defendant's Motion to Dismiss (Docket # 8);

(ii) DENIES plaintiff's Motion for Leave to File an Amended Complaint (Docket # 12); and

(ii) DISMISSES this case with prejudice.

The Clerk is directed to CLOSE this case.

IT IS SO ORDERED this 30TH day of January 2001.

_____
Benson Everett Legg
United States District Judge